

IN THE
TENTH COURT OF APPEALS

No. 10-10-00156-CV

IN THE INTEREST OF A.C, A.M., AND A.C., CHILDREN,

From the 74th District Court
McLennan County, Texas
Trial Court No. 2003-1548-3

MEMORANDUM OPINION

Appellant is appealing the trial court's Order of Termination (of her parental rights), which was signed on January 17, 2010. Appellant's pro se notice of appeal was filed in the trial court on April 16, 2010.

The notice of appeal must have been filed within 20 days after the judgment was signed, (*see* TEX. FAM. CODE ANN. § 263.405(a) (Vernon 2008)); TEX. R. APP. P. 26.1(b)), or a motion for extension of time to file notice of appeal must have been filed within 15 days after the deadline for filing the notice of appeal. *See* TEX. R. APP. P. 26.3.

We notified Appellant in a letter dated May 11, 2010 that her appeal might be dismissed for want of jurisdiction unless she filed a response within 21 days showing grounds for continuing the appeal. Appellant has not responded.

Appellant's notice of appeal was untimely to invoke our jurisdiction. This appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f).


REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed June 16, 2010
[CV06]